Case 0:21-cr-60181-WPD Document 1 Entered on FLSD Docket 06/25/2021 Page 1 of 8

FILED by KS D.C.

Jun 24, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60181-CR-DIMITROULEAS/SNOW

18 U.S.C. § 1344
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(A)

UNITED STATES OF AMERICA

vs.

DANNY SERUTO PEREZ,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all material times to this Indictment:

1. Wells Fargo Bank was a financial institution with offices located in the State of Florida whose accounts were insured by the Federal Deposit Insurance Corporation ("FDIC").

2. Citibank was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

3. TD Bank was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

4. Space Coast Credit Union was a financial institution with offices located in the State of Florida whose accounts were federally insured by the National Credit Union Administration ("NCUA").

5. Fidelity Bank of Florida was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

6. Fairwinds Credit Union was a financial institution with offices located in the State of Florida whose accounts were federally insured by the NCUA.

7. MidFlorida Credit Union was a financial institution with offices located in the State of Florida whose accounts were federally insured by the NCUA.

8. JPMorgan Chase Bank, N.A. was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

9. BB&T was a financial institution with offices located in the State of Florida whose accounts were insured by the FDIC.

## COUNTS 1-8
### Bank Fraud
### (18 U.S.C. § 1344)

1. Paragraphs 1 through 9 of the General Allegations section of this Indictment are re-alleged and incorporated fully herein by reference.

2. On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANNY SERUTO PEREZ,**

did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to defraud one or more financial institutions, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of one or more financial institutions, by means of false and fraudulent pretenses, representations, and promises, relating to a material fact, in

violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

## PURPOSE OF THE SCHEME AND ARTIFICE

It was the purpose of the scheme and artifice for **DANNY SERUTO PEREZ** to unlawfully enrich himself by depositing stolen checks into his bank accounts at various financial institutions.

## MANNER AND MEANS OF THE SCHEME AND ARTIFICE

The manner and means by which **DANNY SERUTO PEREZ** sought to accomplish the purpose of the scheme and artifice included, among others, the following:

1. **DANNY SERUTO PEREZ** maintained bank accounts at various financial institutions.

2. **DANNY SERUTO PEREZ** obtained checks that were stolen from various mail collection boxes operated by the United States Postal Service throughout Florida, which were subsequently altered.

3. **DANNY SERUTO PEREZ** deposited the stolen and altered checks into his bank accounts.

## EXECUTION OF THE SCHEME AND ARTIFICE

On or about the dates specified below, in Broward County, in the Southern District of Florida, and elsewhere, **DANNY SERUTO PEREZ** did execute, and attempt to execute, and cause the execution of, the above-described scheme and artifice to defraud, as more particularly described below:

| Count | Approximate Date | Execution |
|---|---|---|
| 1 | July 30, 2018 | Deposit of check number 211 in the amount of $1,000, drawn against the Space Coast Credit Union account of M.B., into a Wells Fargo Bank account in the name of **Danny Seruto Perez**. |
| 2 | August 1, 2018 | Deposit of check number 8451 in the amount of $1,800, drawn against the Fidelity Bank of Florida account of L.S. and S.S., into a Wells Fargo Bank account in the name of **Danny Seruto Perez**. |
| 3 | August 2, 2018 | Deposit of check number 4303 in the amount of $1,800, drawn against the Fairwinds Credit Union account of L.P. and K.P., into a Wells Fargo Bank account in the name of **Danny Seruto Perez**. |
| 4 | August 3, 2018 | Deposit of check number 4305 in the amount of $1,800, drawn against the Fairwinds Credit Union account of L.P. and K.P., into a Wells Fargo Bank account in the name of **Danny Seruto Perez**. |
| 5 | August 13, 2018 | Deposit of check number 9015 in the amount of $1,800, drawn against the MidFlorida Credit Union account of E.J. and T.J., into a Wells Fargo Bank account in the name of **Danny Seruto Perez**. |
| 6 | August 17, 2018 | Deposit of check number 1236 in the amount of $2,500, drawn against the Chase account of H.B., into a Wells Fargo Bank account in the name of **Danny Seruto Perez**. |
| 7 | August 28, 2018 | Deposit of check number 3164 in the amount of $2,000, drawn against the BB&T account of J.C., into a Wells Fargo Bank account in the name of **Danny Seruto Perez**. |
| 8 | September 13, 2018 | Deposit of Check 8334 in the amount of $1,800, drawn against the Chase account of J.C., into a Citibank account in the name of **Danny Seruto Perez**. |

In violation of Title 18, United States Code, Sections 1344(1) and (2) and 2.

## COUNTS 9-11
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates specified as to each count below, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DANNY SERUTO PEREZ,**

during and in relation to a felony violation of Title 18, United States Code, Sections 1344(1) and (2), that is, knowingly, and with intent to defraud, executing, and attempting to execute, and causing the execution of, a scheme and artifice to defraud one or more financial institutions, which scheme and artifice employed a material falsehood, and knowingly, and with intent to defraud, executing, and attempting to execute, and causing the execution of, a scheme and artifice to obtain any of the moneys and funds owned by, and under the custody and control of, one or more financial institutions, by means of false and fraudulent pretenses, representations, and promises, relating to a material fact as charged in Counts 1-8 of this Indictment, did knowingly possess, and use, without lawful authority, the means of identification of another person, as set forth below:

| Count | Approximate Date | Means of Identification |
|---|---|---|
| 9 | July 30, 2018 | Name and checking account number ending in 9634, belonging to "M.B." |
| 10 | August 1, 2018 | Name and checking account number ending in 0501, belonging to "S.S." |
| 11 | August 2, 2018 | Name and checking account number ending in 0490, belonging to "K.P." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations set forth in this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DANNY SERUTO PEREZ,** has an interest.

5

2.Upon conviction of a violation of Title 18, United States Code, Section 1344, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds which the defendant obtained directly or indirectly, as a result of such violation.

All pursuant to Title 18, United States Code, Section 982(a)(2)(A), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZÁLEZ
ACTING UNITED STATES ATTORNEY

_____
LACEE ELIZABETH MONK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Danny Seruto Perez,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect **Spanish**
4. This case will take **5** days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   [✓]
   - II  6 to 10 days  [ ]
   - III 11 to 20 days [ ]
   - IV  21 to 60 days [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty       [ ]
   - Minor       [ ]
   - Misdemeanor [ ]
   - Felony      [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) _____
7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_Lacee Elizabeth Monk_
Lacee Elizabeth Monk
Assistant United States Attorney
FLA Bar No.      100322

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Danny Seruto Perez

**Case No:**

Counts #: 1-8

Bank Fraud

Title 18, United States Code, Section 1344

**\*Max. Penalty:** 30 Years' Imprisonment

Counts #: 9-11

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**